U.S. District Court

Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 9/14/2017 at 3:37 PM EDT and filed on 8/16/2017
**Case Name:**     Post v. EquityExperts.Org, LLC
**Case Number:**   [2:17-cv-11613-DPH-APP](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER GRANTING [5] MOTION TO EXTEND Summons re: [2] Summons Issued, [3] Certificate of Service/Summons Returned Executed filed by Richard Post--Entered by Magistrate Judge Anthony P. Patti. (MWil)**


**2:17-cv-11613-DPH-APP Notice has been electronically mailed to:**

Gary D. Nitzkin     gary@micreditlawyer.com, carl@crlam.com, recep@micreditlawyer.com, sec@micreditlawyer.com, travis@micreditlawyer.com

**2:17-cv-11613-DPH-APP Notice will not be electronically mailed to:**