```
 1                    STATE OF MICHIGAN
        IN THE 50th DISTRICT COURT FOR THE COUNTY OF OAKLAND
 2
     ANTHONY JERNAGIN, SR.,
 3             Plaintiff,          Case No. 17-168568-GC
     v.                            Hon. Michael Martinez
 4
     EQUITYEXPERTS.ORG, LLC,
 5   A Michigan limited
     liability company,
 6
                    Defendant.
 7   _____/

 8
                   DEPOSITION OF JACQUELINE GALOFARO
 9
     Taken Thursday, August 31, 2017 at the Olson Law Office, 101
10   South Ann Arbor Street, Suite 303, Saline, Michigan 48176.

11   APPEARANCES:
     FOR THE PLAINTIFF:
12   CARL SCHWARTZ (P70335)
     Michigan Consumer Credit Lawyers
13   22142 West Nine Mile Road
     Southfield, Michigan  48033
14   (248) 353-2882

15
     FOR THE DEFENDANT:
16   CHARITY A. OLSON (P68295)
     Olson Law Office
17   101 South Ann Arbor Street, Suite 303
     Saline, Michigan 48176
18   (734) 222-5179

19
     REPORTED BY:
20   AMY SHANKLETON-NOVESS (CER 0838)

21   Modern Court Reporting & Video, L.L.C.

22   SCAO Firm No. 08228

23   101-A North Lewis Street

24   Saline, Michigan  48176

25   (734) 429-9143/krs
```



```
 1   them.
 2                THE WITNESS:  Sure.
 3                MR. SCHWARTZ:  The most important ones are, if
 4        you need to take a break for any reason, that's fine as
 5        long as there's no pending question before you.  Once you
 6        give your answer to the question, if you want to take a
 7        break, that's fine, we can take a break for any reason.
 8        But if I do ask a question and you answer the question,
 9        then I'm going to understand -- I'm going assume that you
10        understood the question that I was asking and your answer
11        was meant to be responsive to that question, is that fair?
12                THE WITNESS:  Yes.
13                DIRECT EXAMINATION - 9:05 a.m.
14   BY MR. SCHWARTZ:
15   Q.   Okay, approximately how many times have you been depose,
16        or I should say have you given deposition testimony in a
17        capacity as a representative of Equity Experts?
18   A.   Five to ten.
19   Q.   Okay.  And let me back up.  Where are you currently
20        employed?
21   A.   Equity Experts.
22   Q.   Okay, and do you have a title at Equity Experts?
23   A.   ==Vice-president, general counsel.==
24   Q.   Okay, and how long have you been -- let's start over.  How
25        long have you been employed in total at Equity Experts?
```

