UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD POST,

    Plaintiff,

v.

EQUITYEXPERTS.ORG, LLC,

    Defendant.

Case No.: 2:17-cv-11613-DPH-APP
Hon. Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

## STIPULATED ORDER REGARDING MOTION TO QUASH AND DEFENDANT'S RESPONSIVE PLEADING

Plaintiff, Richard Post, and Defendant EquityExperts.Org, LLC ("Defendant"), through their respective counsel, conferenced on October 12, 2017 in an effort to resolve the pending dispute. Although the parties strongly disagree regarding the circumstances surrounding the service of process, counsel hereby stipulate and agree as follows:

    1.    Defendant shall file responsive pleadings on or before October 26, 2017; and,

    2.    Defendant's motion to quash shall be withdrawn as moot.

**IT IS SO ORDERED.**

Dated: October 17, 2017    s/Anthony P. Patti
    Anthony P. Patti
    United States Magistrate Judge

| | |
|---|---|
| Stipulated and Agreed: | Respectfully Submitted, |
| /s/ Carl Schwartz (with consent) | /s/ Charity A. Olson |
| Carl Schwartz (P70335) | Charity A. Olson (P68295) |
| Michigan Consumer Credit Lawyers | **BROCK & SCOTT, PLLC** |
| 22142 W. Nine Mile Road | 2723 S. State St., Ste. 150 |
| Southfield, MI 48033 | Ann Arbor, MI 48104 |
| Tel: (248) 353-2882 | Tel: (734) 222-5179 |
| carl@crlam.com | Fax: (866) 941-8712 |
| | Charity.Olson@brockandscott.com |

Dated: October 16, 2017