## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD POST,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUITYEXPERTS.ORG, LLC,<br><br>　　Defendant. | Case No.: 2:17-cv-11613-DPH-APP<br>Hon. Judge Denise Page Hood<br>Magistrate Judge Anthony P. Patti |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant EquityExperts.org, LLC, ("Defendant"), hereby certifies that Defendant is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Charity A. Olson
　　　　　　　　　　　　　　　　　　Charity A. Olson (P68295)
　　　　　　　　　　　　　　　　　　**BROCK & SCOTT, PLLC**
　　　　　　　　　　　　　　　　　　2723 S. State St., Ste. 150
　　　　　　　　　　　　　　　　　　Ann Arbor, MI 48104
　　　　　　　　　　　　　　　　　　Tel: (734) 222-5179
　　　　　　　　　　　　　　　　　　Fax: (866) 941-8712
Dated: October 26, 2017　　　　　　charity.olson@brockandscott.com

## **CERTIFICATE OF SERVICE**

    I, Charity A. Olson, hereby state that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
