UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Richard Post,**

    **Plaintiff(s),**

v.

**EquityExperts. Org, LLC.**

    **Defendants.**

_____/

**CIVIL ACTION NO.: 17-11613**

**HON. DENISE PAGE HOOD**

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:     12/1/17

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:     1/20/18

**Witnesses** to be called at trial must be exchanged by:     4/20/18
**Fact Discovery** must be completed by:     5/18/18
**Expert Discovery:**
Plaintiff's Expert Disclosures/Reports must be served by:     4/6/18
Defendant's Expert Disclosures/Reports must be served by:     5/4/18
Expert Discovery must be completed by:     5/18/18

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:** _____

**Motions** (except trial motions in limine) must be filed by:     6/25/18
    Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**

1) A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by:                                           9/5/18

2) The **final pretrial conference** is set for:           9/10/18 @ 2:00 p.m
3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury _x_ or Bench ___) is set for:                                 10/9/18 @ 9:00 a.m.
No. of Days:  1-2

1) The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

**Additional Matters:**

>       S/Denise Page Hood
>       Denise Page Hood
>       Chief Judge, United States District Court

Dated:  November 15, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2017, by electronic and/or ordinary mail.

>       S/LaShawn R. Saulsberry
>       Case Manager

2